1  NICHOLAS A. TRUTANICH
United States Attorney
2  District of Nevada
Nevada Bar Number 13644
3  RANDOLPH J. ST. CLAIR
Assistant United States Attorney
4  400 South Virginia Street, Suite 900
Reno, Nevada 89501
5  (775) 784-5438
Randy.StClair@usdoj.gov
6
*Representing the United States of America*
7

8                    UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
9
                                    3:19-cr-00061-MMD-CLB
10  United States of America,

11                    Plaintiff,              INDICTMENT FOR VIOLATION OF:

12       v.                                    Title 49, United States Code, Section
                                              46504 – Interference with Flight Crew
13  Brent Eddy,                                Members and Attendants (Count One)
                    Defendant.
14

15  THE GRAND JURY CHARGES THAT:
16
17                         **Count One**
18            (Interference with Flight Crew Members and Attendants)
19       On or about October 7, 2019, on board American Airlines flight 1095 en route from
20  Phoenix, Arizona, landing in Reno, Nevada, in the State and District of Nevada,
21                         BRENT EDDY
22  defendant herein, did, on an aircraft in the special aircraft jurisdiction of the United States,
23  by intimidating flight crew members and flight attendants of that aircraft, interfere with the
24  performance of the duties of the members and attendants, and did lessen the ability of the

1

1   members and attendants to perform those duties; all in violation of Title 49, United States

2   Code, Section 46504.

3                                              A TRUE BILL:

4

5                                              FOREPERSON OF THE GRAND JURY

6   NICHOLAS A. TRUTANICH
    United States Attorney

7

8

    RANDOLPH J. ST. CLAIR
9   Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24