UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE OCTOBER 12, 2018 TERM | **MINUTES OF PROCEEDINGS** <br><br> DATE: December 19, 2019 |

PRESENT: **THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK: Karen Walker

COURT REPORTER: Stephen Grider, Veteran Reporters

ASSISTANT UNITED STATES ATTORNEY:     Penelope J. Brady, Esq. and
Sue Fahami, Esq.

**MINUTES OF PROCEEDINGS:   GRAND JURY**

Grand Jury convened at 10:42 a.m.

　　　　The roll of the Grand Jury is taken. (17 members present, which constitutes a quorum.)

　　　　The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

　　　　On motion of the United States Attorney, **IT IS SO ORDERED** that the said report and indictment(s) be filed. There are **no** sealed indictments.

　　　　**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

///

///

MINUTES OF PROCEEDINGS - 1

| | | |
|---|---|---|
| 1 | 3:19-cr-00060-MMD-WGC | USA v. Steven Bryan |
| 2 | | Warrant Issued 12/19/2019 |
| 3 | 3:19-cr-00061-MMD-CLB | USA v. Brent Eddy |
| 4 | | Warrant Issued 12/19/2019 |

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 10:44 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: *Karen Walker*
Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2