# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRENT EDDY,

       Defendant.

Case No.: 3:19-CR-00061-MMD-CLB

**ORDER**

    Leave of Court is granted for the filing of the Government's motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

    IT IS THEREFORE ORDERED that the indictment against BRENT EDDY is hereby DISMISSED WITH PREJUDICE.

Dated this 17th day of September 2021.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT